the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

PATRICIA CURTO, Appellant, v ZITTEL'S DAIRY FARM et al., Respondents.

Submitted March 20, 2006; decided May 2, 2006

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of the Estate of GEORGE J. FERRARA, Deceased. SALVATION ARMY, Appellant; DOMINICK FERRARA et al., Respondents.

Submitted April 3, 2006; decided May 2, 2006

Motion by Eliot Spitzer, Attorney General of the State of New York, for an order permitting movant to file a brief and to participate in oral argument of the appeal, granted in each respect.

In the Matter of SHAWN GREEN, Appellant, v DONALD SELSKY et al., Respondents.

Submitted February 27, 2006; decided May 2, 2006

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

DANIEL HERNANDEZ et al., Appellants, v VICTOR L. ROBLES, Respondent.

Submitted April 10, 2006; decided May 2, 2006

Motion by New York State Conservative Party for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within seven days.

Judge ROSENBLATT taking no part.

DANIEL HERNANDEZ et al., Appellants, v VICTOR L. ROBLES, Respondent.

Submitted April 24, 2006; decided May 2, 2006

Motion by City Action Coalition for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within seven days.

Judge ROSENBLATT taking no part.

DANIEL HERNANDEZ et al., Appellants, v VICTOR L. ROBLES, Respondent.

SYLVIA SAMUELS et al., Appellants, v NEW YORK STATE DEPARTMENT OF HEALTH et al., Respondents.

Submitted April 24, 2006; decided May 2, 2006

Motion by Lesbian, Gay, Bisexual and Transgender Law Association of Greater New York, Inc. for leave to file a brief amicus curiae on the appeals herein granted and the proposed brief is accepted as filed.

Judge ROSENBLATT taking no part.

DANIEL HERNANDEZ et al., Appellants, v VICTOR L. ROBLES, Respondent.

SYLVIA SAMUELS et al., Appellants, v NEW YORK STATE DEPARTMENT OF HEALTH et al., Respondents.

Submitted April 24, 2006; decided May 2, 2006